DOUGLASS et al., Respondents, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1896.) Action by Elizabeth S. Douglass, Hannah S. Douglass, and Margaret J. Douglass against the Brooklyn Elevated Railroad Company. No opinion. Judgment affirmed, with costs. All concur.

———

DRAKE, Respondent, v. McKIBBON et al., Appellants. (Supreme Court, Fourth Department. April, 1896.) Action by Fred E. Drake, as executor, etc., against Thomas G. McKibbon, impleaded with others. No opinion. Judgment affirmed, with costs.

———

DUBOIS, Respondent, v. COSGRAVE, Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by William B. Dubois against James Cosgrave. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

———

DUFFUS, Respondent, v. HOWARD FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by William Duffus against the Howard Furnace Company. No opinion. Motion denied, with $10 costs. All concur. See 37 N. Y. Supp. 19, and 40 N. Y. Supp. 925.

———

DUGE, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by William Duge against Nelson Morris, Frank E. Vogel, and Edward Morris, composing the firm of Nelson Morris & Co. No opinion. Judgment and order unanimously affirmed, with costs. See 39 N. Y. Supp. 1123.